ORDER UNSEALING INDICTMENT

Case Number: 06-4058-CR-C-NKL

A defendant having been arrested, it is ordered that this indictment be unsealed, and then processed in accordance with established procedure and law.

/s L. Bax
U.S. Magistrate Judge

11/9/06
Date